UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRESIA BASCONCELLO,

Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

Defendants.

Case No. 16-cv-06307-PJH

**ORDER TO SHOW CAUSE**

On March 20, 2017, the court granted defendants' motions to dismiss the complaint in this matter, with leave to amend. Dkt. 55. Plaintiff did not file an amended complaint, and the deadline to do so has long passed.

Plaintiff has filed "notices of settlement" for the two defendants remaining in this matter, Experian Information Solutions, Inc., and Equifax, Inc. Dkt. 56, 58. However, no stipulated dismissals have been filed.

No later than **July 27, 2017**, plaintiff is hereby ORDERED to file the stipulated dismissals or otherwise SHOW CAUSE why the court should not dismiss the action with prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: June 29, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge