1  Scott J. Sagaria (SBN 217981)
   SJSagaria@sagarialaw.com
2  Elliot W. Gale (SBN 263326)
   EGale@sagarialaw.com
3  Joe Angelo (SBN 268542)
   JAngelo@sagarialaw.com
4  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste 100
5  Roseville, CA 95661
   Telephone:  (408) 279-2288
6  Facsimile:  (408) 297-2299

7  Attorneys for Plaintiff Fresia Basconcello

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  FRESIA BASCONCELLO,                    Case No.: 4:16-cv-06307-PJH

12         Plaintiff,

13    v.                                   **STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER**

14  EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.,

15

16         Defendants.

17

18

19         **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

20         IT IS HEREBY STIPULATED by and between plaintiff Fresia Basconcello and

21  defendant Experian Information Solutions, Inc. that Experian Information Solutions, Inc. be

22  dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule

23  41(a)(2), and that each party shall bear its own attorneys' fees and costs.

24  //

25  //

26  //

27  //

28  //

STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER -1-

DATED: June 29, 2017               **Sagaria Law, P.C.**

                                   By:   */s/ Elliot Gale*
                                         Elliot Gale
                                         Attorney for Plaintiff Fresia Basconcello


DATED: June 29, 2017               **Jones Day**

                                   By:   */s/ Benjamin Chung Lee*
                                         Benjamin Chung Lee
                                         Attorney for Defendant Experian
                                         Information Solutions, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Benjamin Chung Lee has concurred in this filing.

*/s/ Elliot Gale*


## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice.

IT IS SO ORDERED.


DATED:   June 30, 2017             _____
                                   Hon. Phyllis J. Hamilton
                                   UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*